**UNITED STATES COURT OF APPEALS**
**FOR THE THIRD CIRCUIT**

| | | |
|---|---|---|
| CONSUMER DATA INDUSTRY ASSOCIATION, | : | |
| Appellant | : | |
| v. | : | No. 24-1810 |
| MATTHEW J. PLATKIN, in his official capacity as ATTORNEY GENERAL FOR THE STATE OF NEW JERSEY | : | |
| Appellee | : | |

**STIPULATION OF DISMISSAL**

Pursuant to F.R.A.P. 42(b), it is hereby stipulated and agreed by and between the parties that the above-captioned matter is **DISMISSED** with prejudice and without costs against any party.


*/s/ Jennifer L. Sarvadi*
Jennifer L. Sarvadi
Rebecca E. Kuehn
HUDSON COOK, LLP
1909 K Street NW
4th Floor
Washington, DC 20006
Phone: (202) 715-2008
Facsimile: (202) 223-6935
jsarvadi@hudco.com

*Counsel for Plaintiff-Appellant*
*Consumer Data Industry Association*

*/s/ Tim Sheehan*
Tim Sheehan
Giancarlo G. Piccinini
New Jersey Office of the Attorney General
25 Market Street
Trenton, NJ 08625
Phone: (862) 350-5800
tim.sheehan@njoag.gov

*Counsel for Defendant-Appellee*
*Attorney General for the State of New Jersey*


Dated: October 17, 2024